TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
LINDSEY A. MORGAN (SBN 274214)
lmorgan@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625

Attorneys for defendant
Midland Credit Management, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LADD,<br><br>  Plaintiff,<br><br>  vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>  Defendant. | CASE NO. 12CV-00608-LJO-BAM<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE**<br><br>The Honorable Barbara A. McAuliffe<br>U.S. Magistrate Judge |

The parties have jointly requested permission to appear telephonically at the Scheduling Conference currently set for July 11, 2012 at 10:00 a.m. Good cause having been shown,

IT IS HEREBY ORDERED that the parties' request to appear telephonically at the Scheduling Conference is hereby GRANTED.  Counsel for Defendant shall make prior arrangements for the conference call and shall initiate the call to chambers after all parties are on the line.

1  IT IS SO ORDERED.

2      Defendant's counsel shall make arrangements for a conference call with the AT&T
3  operator (if counsel does not have conference call capabilities on their telephone systems), and
4  shall initiate the call at the above-designated time.  *After all parties are on the line, the call should*
5  *then be placed to Judge McAuliffe's chambers at (559)499-5789* on July 11, 2012 at 10:00 A.M.
6  for a Telephonic Scheduling Conference.

8  Dated:   June 15, 2012                        /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE