**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA LADD, | CASE NO. CV F 12-0608 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 17.) |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

 1. DISMISSES with prejudice this entire action and all claims;

 2. VACATES all pending dates and matters; and

 3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   December 13, 2012**           /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1